# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ELADIO WILFREDO CRUZ ) | Case No: CR. 01-292-01 |
| ) | USM No: 23970-050 |
| Date of Previous Judgment: 06/24/02 ) | AFPD ESTHER SALAS * |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  X  DENIED.    GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: \_\_\_\_ to \_\_\_\_ months    Amended Guideline Range: \_\_\_\_ to \_\_\_\_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
x  Other (explain):    Defendant is ineligible as a career offender

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  06/24/02  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  04/25/12

_____
Judge's signature

Effective Date: _____
(if different from order date)

WILLIAM J. MARTINI, U.S.D.J.
Printed name and title

* ESTHER SALAS IS NOW A U.S. DISTRICT JUDGE IN THE DISTRICT OF NEW JERSEY